AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William E. Jones<br>*Plaintiff*<br>v.<br>Mahlon C. Rhanney, Jr., Scott Head<br>*Defendant* | Civil Action No.   3:10-1182-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, William E. Jones, take nothing of the defendant, Mahlon C. Rhanney, Jr., and this case is dismissed without prejudice as to this defendant.  It is further ordered that the plaintiff, William E. Jones shall take nothing of the defendant, Scott Head and his case is dismissed with prejudice as to this named defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The Court having granted the defendant's  motions to dismiss.

Date:   February 11, 2013                                              *CLERK OF COURT*

                                                                                                    s/Angie Snipes
                                                                                        _____
                                                                                         *Signature of Clerk or Deputy Clerk*